IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL ANTONIO GONZALEZ,

    Plaintiff,                      CV F 02 6456 OWW WMW   P

  vs.                                ORDER RE MOTION (DOC 34 )

WARDEN, CCI TEHACHAPI,, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion to seal this case.  This case was dismissed for plaintiff's failure to prosecute. The appeal was dismissed for lack of jurisdiction.

      Plaintiff seeks to seal this case due to the presence of "sensitive personal information."  Plaintiff does not specify what that information is.  Further, the only substantive material in this case is the original complaint submitted by plaintiff.   Plaintiff has made no showing as to why the original complaint submitted by him on November 12, 2002, should be sealed.   Plaintiff's motion to seal this case and remove it from the electronic docket is therefore denied.

1

IT IS SO ORDERED.

**Dated:    March 8, 2006**              **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE